# United States District Court
## *Southern District of Georgia*

BRODRICK KYLE MERRITT,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 119-099

RICHMOND COUNTY SHERIFF OFFICE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated October 8, 2019 adopting the Magistrate Judge's Report and

Recommendation as the Court's opinion, that Plaintiff's Complaint is dismissed for failure to state a

claim upon which relief may be granted. This case stands closed.

10/08/2019

*Date*

Scott L. Poff

*Clerk*

*/s/ Jamie Hodge*

*(By) Deputy Clerk*