IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRODRICK KYLE MERRITT, ) <br> ) <br> Plaintiff-Appellant, ) <br> ) <br> vs. ) <br> ) <br> RICHMOND COUNTY SHERIFF'S ) <br> OFFICE, ) <br> ) <br> Defendant-Appellee. ) | Case No.: CV 119-099 <br><br> Appeal No.: 20-10410-A |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this \_\_\_4th\_\_\_ day of March 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA